1004

No. 84–643.   ARKANSAS *v.* BAIRD ET AL.   Ct. App. Ark. Certiorari denied.

No. 84–667.   LYONS *v.* WARDEN, NEVADA STATE PRISON. Sup. Ct. Nev.   Certiorari denied.

No. 84–767.   CARR *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 84–809.   MCGUIRE *v.* UNITED STATES; and
No. 84–1107.   LEE *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   Reported below: 744 F. 2d 1197.

No. 84–832.   HYBUD EQUIPMENT CORP. ET AL. *v.* CITY OF AKRON, OHIO, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 84–982.   CHAPMAN *v.* THOMAS ET AL.   C. A. 4th Cir. Certiorari denied.

No. 84–1003.   SAILORS' UNION OF THE PACIFIC, SEAFARERS INTERNATIONAL UNION OF NORTH AMERICA, AFL–CIO *v.* SECRETARY OF LABOR ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 84–1252.   GUERIN *v.* FLORIDA.   Dist. Ct. App. Fla., 4th Dist.   Certiorari denied.

No. 84–1253.   GEORGE ET UX. *v.* LIBERTY NATIONAL BANK & TRUST COMPANY OF LOUISVILLE.   Ct. App. Ky.   Certiorari denied.

No. 84–1267.   MICHIGAN *v.* CARLTON.   Ct. App. Mich.   Certiorari denied.

No. 84–1268.   KFC NATIONAL MANAGEMENT CO. *v.* BROWN. C. A. 2d Cir.   Certiorari denied.

No. 84–1276.   GRACE *v.* BILLS AUTO REPAIR & TOWING. C. A. 8th Cir.   Certiorari denied.

No. 84–1277.   DUNCAN, DBA TV NEWS CLIPS *v.* PACIFIC & SOUTHERN CO., INC., DBA WXIA–TV.   C. A. 11th Cir.   Certiorari denied.